7/28/19

To Whom It may Concern,

I am reaching out to you about matter 19-8055 Anna Rizos and Kyriaki Bourekas

We are still in Greece and we'll return on September 3, 2019. We are willing to cooperate and get defense in this matter. We have been trying to get a representative, but it's not easy when you're overseas.

Thank you for your cooperation,
Kyriaki Bourekas