# EXHIBIT "1"

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2018100200094001001E6C3D |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 5

**Document ID:** 2018100200094001  **Document Date:** 09-27-2018  **Preparation Date:** 10-02-2018
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| CORE TITLE SERVICES, LLC-CORE23854<br>ONE HOLLOW LANE SUITE 309<br>LAKE SUCCESS, NY 11042<br>516-200-9626<br>MBAIST@CORETITLENY.COM | ANNA RIZOS & KYRIAKI BOUREKAS<br>37-18 23TH AVENUE<br>ASTORIA, NY 11105 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 804 | 29 | Entire Lot | 3718 23RD AVE |

**Property Type:** DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year____ Reel____ Page____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| ILIAS BOUREKAS<br>96 ASPEN ST<br>FLORAL PARK, NY 11001 | ANNA RIZOS<br>29 PEPPERMILL ROAD<br>ROSLYN, NY 11576 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed  10-02-2018 10:59
City Register File No.(CRFN):
2018000327578

*Annette M Hill*
*City Register Official Signature*

Case 8-19-08055-las Doc 34-1 Filed 02/25/20 Entered 02/25/20 15:56:22

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|

2018100200094001001C6EBD

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    PAGE 2 OF 5

**Document ID:** 2018100200094001    Document Date: 09-27-2018    Preparation Date: 10-02-2018
Document Type: DEED

**PARTIES**
GRANTEE/BUYER:
KYRIAKI BOUREKAS
24 DOLPHIN WAY
RIVERHEAD, NY 11901

Standard N.Y.B.T.U. Form 8003 *6-80-15M - Warranty Deed with Full Covenants - Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

---

**THIS INDENTURE,** made the 27th day of **September**, in the year **2018**,

**BETWEEN**

**ILIAS BOUREKAS,** having and address at 96 Aspen Street, Floral Park, N.Y. 11001,

party of the first part, and

ANNA RIZOS, having an address at 29 Peppermill Road, Roslyn, N.Y. 11576, and KYRIAKI BOUREKAS, having an address at 24 Dolphin Way, Riverhead, N.Y. 11901, as tenants in common,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of TEN dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs, or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Queens, City and State of New York, bounded and described as follows:

**SEE SCHEDULE "A" ANNEXED**

BLK 804 Lot 29

**BEING** the same piece or parcel of land conveyed to the party of the first part by deed dated 06/20/2000, and recorded in the Office of the Clerk of the County of Queens on 07/21/2000, and commonly known as 37-18 23rd Avenue, Astoria, N.Y. 11105;

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

AND the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey same; that the party of the second part shall quietly enjoy the said premises; that the said premises are free from incumbrances, except as aforesaid; that the party of the first party will execute or procure any further necessary assurance of the title to said premises; and that the said party of the first party will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of the indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

By: _____ L.S.
ILIAS BOUREKAS



**TITLE SERVICES** as agent for, Westcor Land Title Insurance Company

Title Number: **CORE23854**
Page 1

### SCHEDULE A DESCRIPTION

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, known and designated on a certain map entitled "Map of Property in the Fifth Ward of Long Island City, made by Peter G. Van Alst, C.S. for Steinway &amp; Sons, dated 11/1/1873" filed in the Office of the Queens County Clerk, now Register on 11/12/1874 under Map Mo. 84, New No. 3392, as and by Lot No. 15 in Block No. 62, bounded and described as follows:

BEGINNING at a point on the southwesterly side of 23rd Avenue, formerly Potter Avenue, distant 25 feet (25.01 feet tax map) northwesterly from the corner formed by the intersection of the northwesterly side of 38th Street, formerly Kouwenhoven Street, and the southwesterly side of 23rd Avenue;

RUNNING THENCE southwesterly parallel with 38th Street and part of the distance through a party wall, 100 feet;

THENCE northwesterly parallel with 23rd Avenue, 25 feet;

THENCE northeasterly parallel with 38th Street, 100 feet to the southwesterly side of 23rd Avenue;

THENCE southeasterly along the southwesterly side of 23rd Avenue, 25 feet to the point or place of BEGINNING.

For Information only: Premises is known as 37-18 23rd Avenue, Astoria, NY

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

| State of New York, County of Queens ss.: | State of New York, County of Kings ss.: |
|---|---|
| On the 27th day of September in the year 2018 before me, the undersigned, personally appeared | On the ____ day of June in the year 2018 before me, the undersigned, personally appeared |

**ILIAS BOUREKAS**

personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

personally known to me or proved to me on the basis of is satisfactory evidence to be the individuals whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

JOHN SAKETOS
Notary Public, State of New York
Registration No. 02SA4921581
Qualified in Nassau County
Commission Expires 02/01/2022

(Signature and office of individual taking acknowledgment)          (Signature and office of individual taking acknowledgment)

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE

Foreign Country of _____ ) ss.:

On the ____ day of May in the year 2017 before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their individual capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _____

(Signature and office of individual taking acknowledgment)

**WARRANTY DEED**

| ILIAS BOUREKAS | BLOCK | 804 |
| | LOT | 29 |
| | COUNTY OR TOWN | Queens |
| | STREET ADDRESS | 37-18 23rd Ave |
| | | Astoria, N.Y. |
| TO | | |
| ANNA RIZOS & KYRIAKI BOUREKAS | ***RETURN BY MAIL TO*** | |

ANNA RIZOS & KYRIAKI BOUREKAS
37-18 23rd Ave
Astoria, N.Y. 11105

RESERVE THIS SPACE BELOW FOR USE OF RECORDING OFFICE

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2018100200094001001SA2BC |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | | PAGE 1 OF 1 |
|---|---|---|
| **Document ID:** 2018100200094001<br>Document Type: DEED | Document Date: 09-27-2018 | Preparation Date: 10-02-2018 |

| **ASSOCIATED TAX FORM ID:**   2018092700039 |
|---|

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | |
| C3. Book | C4. Page | |
| OR | | |
| C5. CRFN | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

**1. Property Location:** 3718 | 23RD AVE | QUEENS | 11105
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name:** RIZOS | ANNA
LAST NAME / COMPANY | FIRST NAME

BOUREKAS | KYRIAKI
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ X ___ OR ___
FRONT FEET | DEPTH | ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name:** BOUREKAS | ILIAS
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| B ✔ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date:** 9 / 27 / 2018

**11. Date of Sale / Transfer:** 9 / 27 / 2018

**12. Full Sale Price:** $ 0
(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:**

**14. Check one or more of these conditions as applicable to transfer:**
A ✔ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners In Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C, 0

**16. Total Assessed Value (of all parcels in transfer):** 3,2,2,4,6

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))

QUEENS 804 29

201809270003920101

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | |
|---|---|---|---|---|
| *[signature]* BUYER SIGNATURE | BUYER | 9/27/18 DATE | | BUYER'S ATTORNEY |
| | | | LAST NAME | FIRST NAME |
| 29 PEPPERMILL ROAD STREET NUMBER  STREET NAME (AFTER SALE) | | | AREA CODE | TELEPHONE NUMBER |
| | | | | SELLER |
| ROSLYN CITY OR TOWN | NY STATE | 11576 ZIP CODE | *[signature]* SELLER SIGNATURE | DATE |

2018092700039201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____3718 23RD AVE_____, _____,
Street Address Unit/Apt.

__QUEENS__ New York, __804__ __29__ (the "Premises");
Borough                          Block      Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

ELIAS Bourekas
Name of Grantor (Type or Print)

_[signature]_
Signature of Grantor

ANNA Rizo
Name of Grantee (Type or Print)

_[signature]_
Signature of Grantee

Sworn to before me
this 27th day of September 2018

JOHN SAKETOS
Notary Public, State of New York
Registration No. 02SA4921581
Qualified in Nassau County
Commission Expires 02/01/2022

Sworn to before me
this 27th day of September 2018

JOHN SAKETOS
Notary Public, State of New York
Registration No. 02SA4921581
Qualified in Nassau County
Commission Expires 02/01/2022

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2018092700039101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: QUEENS        BLOCK: 804        LOT: 29

(2) Property Address: 3718 23RD AVE, QUEENS, NY 11105

(3) Owner's Name:       RIZOS , ANNA

   Additional Name:     BOUREKAS , KYRIAKI

## Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:
Signature: _____  9/27/18  Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2018092700039101