UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

Ilias Bourekas,

                      Debtor.
----------------------------------------------------------X
Andrew M. Thaler, Chapter 7 Trustee of the
Bankruptcy Estate of Ilias Bourekas,

                      Plaintiff,

              -against-

Anna Rizos, Kyriaki Bourekas, Vivian Bourekas,
Kalliopi Bourekas, and Maria Anna Bourekas,

                      Defendants.
----------------------------------------------------------X

Chapter 7
Case No. 8-18-78496-LAS

Adv. Pro. No. 8-19-08055-LAS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NASSAU  )

      Dawn Migliore, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on February 26, 2020, I served a true copy of the attached Supplemental Summons in an Adversary Proceeding, and Second Amended Complaint together with Exhibit 1, by mailing a true copy thereof, by Regular Mail, to the person(s) listed below, addressed as follows:

**Office of the United States Trustee**
**560 Federal Plaza**
**Central Islip, New York 11722**

**Rosen & Associates, P.C.**
**Attorneys for Anna Rizos & Kyriaki Bourekas**
**747 Third Avenue**
**New York, New York 10017-2803**
**Attn: Sanford P. Rosen/Paris Gyparakis**

**Rosen & Associates, P.C.**
**Attorneys for Anna Rizos & Kyriaki Bourekas**
**735 Third Avenue**
**New York, New York 10017**
**Attn: Sanford P. Rosen/Paris Gyparakis**

**Vivian Bourekas**
**96 Aspen Street**
**Floral Park, New York 11001**

**Kalliopi Bourekas**
96 Aspen Street
Floral Park, New York 11001

**Maria Anna Bourekas**
96 Aspen Street
Floral Park, New York 11001

_Dawn Migliore_
DAWN MIGLIORE

Sworn to before me this
26th day of February, 2020

_____
NOTARY PUBLIC

MAUREEN MEEHAN
Notary Public, State of New York
No. 30-4763472
Qualified in Nassau County
Commission Expires January 31, 20__