

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**THOMAS R. SLOME**
*PARTNER*
*DIRECT:* 516-296-9165
*E-MAIL* TSLOME@CULLENLLP.COM

November 2, 2020

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:    *In re Ilias Bourekas*, Ch. 7 Case No. 18-78496-las;
                  *Thaler v. Rizos et al.*, Adv. Pro. No. 19-08055-las

**Dear Judge Scarcella:**

    Your Honor appointed me to mediate the disputes in the referenced adversary proceeding, by order dated October 15, 2020 [Adv. Dkt. No. 53]. The order set a deadline for the conclusion of the mediation of November 27, 2020.

    After clearing conflicts, on October 19, 2020, I emailed the parties to get the mediation moving, and included disclosure of connections to parties (none) and counsel (some). While none of these connections to counsel give rise to a conflict of interest pursuant to the New York Rules of Professional Conduct, I always ask the parties' counsel whether they or their clients feel uncomfortable if, for instance, I have a professional or social relationship with any counsel involved, and I ask them to indicate whether they have any issue with the connection(s).

    I have sent three emails to the parties' counsel about the disclosure and proposed dates for submitting mediation statements and a mediation session, the one on October 19, 2020 mentioned above, a follow-up email on October 22, 2020 and a third one on October 27, 2020  Unfortunately, I have not heard back from one of the parties' counsel about any of these items.



Hon. Louis A. Scarcella
November 2, 20202
Page 2

      Given certain professional connections with one of the parties' counsel, and the lack of response to my disclosure from one party's counsel, I would like to respectfully decline my appointment as mediator and request that your Honor amend the mediation order as appropriate.

      Respectfully submitted,

      */s/ Thomas R. Slome*
      Thomas R. Slome

TRS/lg

<u>Via Email</u>
cc: Andrew M. Thaler, Esq. (athaler@athalerlaw.com)
    Sanford P. Rosen, Esq. (srosen@rosenpc.com)
    Paris Gyparakis, Esq. (pgyparakis@rosenpc.com)
    Spiros Avramidis, Esq. (spiros@athalerlaw.com)
    Ralph E. Preite, Esq. (ralph@kilawgroup.com)