UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

                                                                                       Case No. 8-18-78496-las

Ilias Bourekas,

                                                                                       Chapter 7

                             Debtor.
----------------------------------------------------------------x
Andrew M. Thaler, Chapter 7 Trustee
of the Bankruptcy Estate of Ilias Bourekas,

                                                                                       Adv. Proc. No. 8-19-08055-las

                         Plaintiff,

          v.

Anna Rizos, Kyriaki Bourekas,
Maria Anna Bourekas, Kalliopi
Bourekas and Vivian Bourekas,

                         Defendants.
----------------------------------------------------------------x

## ORDER SCHEDULING STATUS CONFERENCE

The Court having entered an order dated October 15, 2020 [Dkt. No. 53] referring the parties to mediation; and the mediation order having set a status conference for December 10, 2020 at 10:00 a.m. in the event that this matter is not resolved through mediation or otherwise; and the parties' selected mediator, Thomas R. Slome, Esq., having filed a letter dated November 2, 2020 [Dkt. No. 56] declining his appointment as mediator; and after due deliberation and for cause shown; it is hereby

ORDERED, that the parties shall appear for a telephonic status conference in this adversary proceeding on **December 10, 2020 at 10:00 a.m**.; and it is further

1

ORDERED, that parties participating in the status conference shall dial-in as follows:

>Toll Free Number: (888) 278-0296
>Access Code: 3535042



**Dated: November 10, 2020**
**Central Islip, New York**

**Louis A. Scarcella**
**United States Bankruptcy Judge**